UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Patrick Graham

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

7:20mj-10957

Defendant Patrick Graham hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

- ☐ Initial Appearance Before a Judicial Officer
- ☒ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- ☐ Guilty Plea/Change of Plea Hearing
- ☐ Bail/Detention Hearing
- ☐ Conference Before a Judicial Officer - Assignment of Counsel

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/13/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge