**MEMO ENDORSED**

May 14 2016

**BY ECF**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

       Re:    <u>United States of America v. Patrick Graham</u>
              Docket No. 21 CR 318 (KMK)

Dear Judge Karas:

    The above matter was assigned to this Court on May 13, 2021 after arraignment of Mr. Graham before the Honorable Paul E. Davison.

    We respectfully submit this correspondence seeking an application under the Coronavirus Aid, Relief and Economic Security Act (CARES ACT) Public Law No. 116-136 for this Court's permission allowing Mr. Patrick Graham and counsel herein to appear virtually for a proposed plea of guilty to the above captioned one (1) count Felony Information.

    We respectfully submit that this Court find that given the continuing public health crisis, Mr. Graham's proposed plea cannot be conducted in person without seriously jeopardizing public health and safety. The Government has not consented to same; however they do confirm that they will not seek a change in Mr. Graham's current at liberty bail status immediately following the proposed plea.

Thank you for your consideration in this matter. Should you or your staff have any questions or concerns, please contact me at the telephone number listed above.

> To justify a finding under the CARES Act that a plea be done remotely, the Court would need to determine that delaying the proceeding until it can be done in person would harm the interests of justice. Mr. Graham has not yet proffered any facts that would support such a finding. Therefore, Mr. Graham may submit a supplemental letter to include any facts in support of his CARES Act application.
>
> So Ordered.
>
> [signature]
>
> 5/14/21

Respectfully,

Pat Bonanno & Associates, P.C.

By: Pat Bonanno, Esq. (8549)

PB
cc: AUSA. Benjamin Gianforti
     Mr. Patrick Graham