**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 18, 2022

**BY ECF & EMAIL**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Patrick Graham*, 21 Cr. 318, 22 Civ. 5466 (KMK)

Dear Judge Karas:

    The Government respectfully writes regarding the above-referenced defendant's motion pursuant to 28 U.S.C. § 2255. (Docket Entry No. 42). The Government respectfully requests a one-week extension to file its opposition to defendant's motion, which is currently due July 22, 2022. Mr. Myers, counsel to the defendant, consents to this request.

Granted.

So Ordered.

7/19/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Benjamin Gianforti
Assistant United States Attorney
(212) 637-2490

cc:    Matthew Myers, Esq., counsel to Patrick Graham (by ECF & email)