U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 28, 2022

**BY ECF & EMAIL**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Patrick Graham*, 21 Cr. 318, 22 Civ. 5466 (KMK)

Dear Judge Karas:

The Government respectfully writes regarding the above-referenced defendant's motion pursuant to 28 U.S.C. § 2255. (Docket Entry No. 42). The Government respectfully requests a two-week extension to file its opposition to defendant's motion, which is currently due July 29, 2022. The Government's new deadline would thus be August 12, 2022. Mr. Myers, counsel to the defendant, consents to this request. This is the Government's second request for such relief.

Granted.

So Ordered.

*[signature]*

7/28/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: *[signature]*

Benjamin Gianforti
Assistant United States Attorney
(212) 637-2490

cc:   Matthew Myers, Esq., counsel to Patrick Graham (by ECF & email)