UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,                    Case No. 21-cr-00318 (KMK)

-v-

                                                    CALENDAR NOTICE

Patrick Graham,

                Defendant.
-------------------------------------------------------X

       Please take notice that the above captioned action has been scheduled for oral argument on Defendant's Motion to Vacate under 28 U.S.C. 2255 before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, May 9, 2023 at 3:00 p.m., U.S. District Court, 300 Quarropas Street, White Plains, New York 10601. Please contact Chambers the week of May 8, 2023 for the assigned Courtroom.

Dated: April 19, 2023
       White Plains, New York

                                            So Ordered

                                            Kenneth M. Karas, U.S.D.J