UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> PATRICK GRAHAM, <br><br> Defendant. | No. 21-CR-318 (KMK) <br> No. 22-CV-5466 (KMK) <br><br> ORDER |

KENNETH M. KARAS, District Judge:

For reasons stated on the record at oral argument held on May 9, 2023, Defendant's Motion to Withdraw the Plea is denied, and Defendant's Motion for Resentencing is granted. The Court will proceed with sentencing on May 30, 2023 at 11:30AM.

The Clerk of the Court is respectfully requested to terminate the pending motions, (Dkt. Nos. 45, 48, 58, and 60; Case No. 21-CR-318), and to close Case No. 22-CV-5466.

SO ORDERED.

DATED:   May 9, 2023
         White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE